UNITED STATES DISTRICT COURT- DISTRICT OF NEW JERSEY Attorney: CASEY & BARNETT, LLC - 306

| | |
|---|---|
| STERLING EQUIPMENT, INC. | Index #: 2:22-CV-05914JXN-JBC |
| Plaintiff(s) | |
| -against- | Date Filed: |
| M/V PVT NICHOLAS MINUE, ETAL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |
| | Attorney File #1: 449-05 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

NIMER ABDERRAHMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on November 1, 2022 at 07:03 PM at

1523 PRESIDENT STREET
BROOKLYN, NY 11213

deponent served the within true copy/copies of the SUMMONS IN A CIVIL CASE AND VERIFIED COMPLAINT on REUBEN ELBERG, the defendant/respondent therein named,

**AFFIXING TO DOOR**  by affixing a true copy/copies of each to the door of said premises, which is the defendant's/respondent's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, thereat, having made attempt(s) on:

October 20, 2022 AT 12:24 PM      October 26, 2022 AT 7:35 AM
November 1, 2022 AT 7:03 PM

**MAILING**  Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

1523 PRESIDENT STREET
BROOKLYN, NY 11213

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 2, 2022 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Sworn to me on: November 2, 2022

| | | | |
|---|---|---|---|
| Linda Forman | Robin Forman | Gotham Process Inc. | NIMER ABDERRAHMAN |
| Notary Public, State of New York | Notary Public, State of New York | LIC: 1251720-DCA | License #: 2105973-DCA |
| No. 01FO5031305 | No. 01FO6125415 | 299 Broadway | Docket #: *1234149* |
| Qualified in New York County | Qualified in New York County | New York NY 10007 | |
| Commission Expires August 1, 2026 | Commission Expires April 18, 2025 | | |

| | |
|---|---|
| STERLING EQUIPMENT, INC.<br><br>　　　　　　　　　　　Plaintiff(s)<br><br>-against-<br><br>M/V PVT NICHOLAS MINUE, ETAL<br><br>　　　　　　　　　　　Defendant(s) | Index #: 2:22-CV-05914JXN-JBC<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE**<br><br>Attorney File #1: 449-05 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

NIMER ABDERRAHMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 1, 2022 at 07:03 PM at

1523 PRESIDENT STREET
BROOKLYN, NY 11213

deponent served the within true copy/copies of the SUMMONS IN A CIVIL CASE AND VERIFIED COMPLAINT on REUBEN ELBERG, the defendant/respondent therein named,

**AFFIXING TO DOOR**    by affixing a true copy/copies of each to the door of said premises, which is the defendant's/respondent's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, thereat, having made attempt(s) on:

October 20, 2022 AT 12:24 PM        October 26, 2022 AT 7:35 AM
November 1, 2022 AT 7:03 PM

**MAILING**    Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

1523 PRESIDENT STREET
BROOKLYN, NY 11213

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 2, 2022 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Sworn to me on: November 2, 2022

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2026 | Robin Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2025 | Gotham Process Inc.<br>LIC: 1251720-DCA<br>299 Broadway<br>New York NY 10007 | NIMER ABDERRAHMAN<br>License #: 2105973-DCA<br>Docket #:　*1234149* |